Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Central District of California**

Case number (if known): ____________ Chapter **11**

❑ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

**1. Debtor's name**

Pro Temecula Town Center, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

33 – 2959479

**4. Debtor's address**

**Principal place of business**

520 Newport Center Drive
Number Street

Newport Beach, CA 92660
City State ZIP Code

Orange
County

**Mailing address, if different from principal place of business**

Number Street

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding LLP)

❑ Other. Specify: ____________

Debtor **Pro Temecula Town Center, LLC** Case number *(if known)*
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☐ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District ______ When ______ (MM / DD / YYYY) Case number ______
  District ______ When ______ (MM / DD / YYYY) Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor ______ Relationship ______
  District ______ When ______ (MM / DD / YYYY)
  Case number, if known ______

Debtor **Pro Temecula Town Center, LLC** Case number *(if known)* ______
Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number Street

______
City State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | | | | |
|---|---|---|---|---|---|
| ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **Pro Temecula Town Center, LLC** Case number *(if known)*
Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____________
MM/ DD/ YYYY

✗ Next Page
Signature of authorized representative of debtor

**Jason Miller**
Printed name

Title **Authorized Agent**

**18. Signature of attorney**

✗ Next Page
Signature of attorney for debtor

Date **03/03/2026**
MM/ DD/ YYYY

**William J Wall**
Printed name

**Wall Law Office**
Firm name

**26895 Aliso Creek Rd # B-110**
Number Street

**Aliso Viejo** **CA** **92656-5301**
City State ZIP Code

**(949) 387-4300 x105** **wwall@wall-law.com**
Contact phone Email address

**203970** **CA**
Bar number State

Debtor **Pro Temecula Town Center, LLC**
Name

Case number (if known)

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/3/26
MM/ DD/ YYYY

X [signature]
Signature of authorized representative of debtor

**Jason Miller**
Printed name

Title **Authorized Agent**

**18. Signature of attorney**

X */s/ William J. Wall*
Signature of attorney for debtor

Date **03/03/2026**
MM/ DD/ YYYY

**William J Wall**
Printed name

**Wall Law Office**
Firm name

**26895 Aliso Creek Rd # B-110**
Number Street

**Aliso Viejo** **CA** **92656-5301**
City State ZIP Code

**(949) 387-4300 x105**
Contact phone

**wwall@wall-law.com**
Email address

**203970** **CA**
Bar number State

Fill in this information to identify the case:

Debtor name **Pro Temecula Town Center, LLC**

United States Bankruptcy Court for the: **Central District of California**

Case number (if known): ____________

❑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Joses Nuevo Landscaping LLC<br>3857 Birch Street 209<br>Newport Beach, CA 92660 | | | | | | $149,748.42 |
| 2 | Vierergruppe Management Inc.<br>1932 East Deere Avenue Suite 150<br>Santa Ana, CA 92705 | | | | | | $75,544.04 |
| 3 | Newmark of Southern California, Incl.<br>Lockbox #741305<br>2706 Media Center Drive<br>Los Angeles, CA 90065 | | | | | | $57,558.60 |
| 4 | Rancho California Water District<br>PO Box 512687<br>Los Angeles, CA 90051-0687 | | | | | | $38,109.11 |
| 5 | CR&R, Inc.<br>PO Box 7096<br>Pasadena, CA 91109-9952 | | | | | | $24,037.98 |
| 6 | C.S.I. Patrol Service, Inc.<br>3605 Long Beach Blvd #205<br>Long Beach, CA 90807-4024 | | | | | | $18,830.45 |
| 7 | City of Temecula- Finance Department<br>Temecula, CA 92590<br>41000 Main Street<br>Temecula, CA 92590 | | | | | | $15,694.96 |
| 8 | Sain Builders<br>147 Hart Bench Rd<br>Darby, MT 59829 | | | | | | $13,150.00 |

Debtor **Pro Temecula Town Center, LLC** Case number *(if known)*
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Ontario Refrigeration Services, Inc.<br>635 South Mountain Avenue<br>Ontario, CA 91762 | | | | | | $5,594.39 |
| 10 | Southern California Edison<br>P.O. Box 300<br>Rosemead, CA 91772-0001 | | | | | | $4,195.98 |
| 11 | Kuri Services LLC<br>14817 Janine Dr.<br>Whittier, CA 90605 | | | | | | $4,095.00 |
| 12 | Pacific Rim Mechanical<br>9125 Rehco Road<br>San Diego, CA 92121 | | | | | | $2,665.68 |
| 13 | American Jetting Services<br>P.O Box 1699<br>Ontario, CA 91762 | | | | | | $2,665.00 |
| 14 | Smart Key Locksmith<br>25211 Sunnymead Blvd Ste C-4<br>Moreno Valley, CA 92553-4100 | | | | | | $2,284.47 |
| 15 | Murrieta Lock & Key<br>40224 Buckwood Way<br>Murrieta, CA 92562 | | | | | | $1,313.45 |
| 16 | Pestgon, Inc.<br>3612 Ocean Ranch Rd<br>Oceanside, CA 92056 | | | | | | $725.40 |
| 17 | ABM Electrical & Lighting Solutions, Inc<br>P.O. Box 52609<br>Los Angeles, CA 90074-2609 | | | | | | $665.16 |
| 18 | Dominion Disposal<br>1536 E. Pinewood Ave<br>Anaheim, CA 92805 | | | | | | $595.00 |
| 19 | Ramsey Backflow & Plumbing<br>11626 Sterling Ave Suite D<br>Riverside, CA 92503 | | | | | | $364.00 |
| 20 | | | | | | | |

ABM Electrical & Lighting
Solutions, Inc
P.O. Box 52609
Los Angeles, CA 90074-2609

American Jetting Services
P.O Box 1699
Ontario, CA 91762

C.S.I. Patrol Service, Inc.
3605 Long Beach Blvd #205
Long Beach, CA 90807-4024

City of Temecula- Finance
Department
Temecula, CA 92590
41000 Main Street
Temecula, CA 92590

CR&R, Inc.
PO Box 7096
Pasadena, CA 91109-9952

Dominion Disposal
1536 E. Pinewood Ave
Anaheim, CA 92805

Joses Nuevo Landscaping LLC
3857 Birch Street 209
Newport Beach, CA 92660

Kuri Services LLC
14817 Janine Dr.
Whittier, CA 90605

Murrieta Lock & Key
40224 Buckwood Way
Murrieta, CA 92562

Nano Banc
7755 Irvine Center Drive 3rd floor
Irvine, CA 92618

Newmark of Southern
California, Incl.
Lockbox #741305
2706 Media Center Drive
Los Angeles, CA 90065

Ontario Refrigeration
Services, Inc.
635 South Mountain Avenue
Ontario, CA 91762

Pacific Rim Mechanical
9125 Rehco Road
San Diego, CA 92121

Pestgon, Inc.
3612 Ocean Ranch Rd
Oceanside, CA 92056

Ramsey Backflow & Plumbing
11626 Sterling Ave Suite D
Riverside, CA 92503

Rancho California Water
District
PO Box 512687
Los Angeles, CA 90051-0687

Sain Builders
147 Hart Bench Rd
Darby, MT 59829

Smart Key Locksmith
25211 Sunnymead Blvd Ste C-4
Moreno Valley, CA 92553-4100

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

Vierergruppe Management
Inc.
1932 East Deere Avenue Suite 150
Santa Ana, CA 92705

Wall Law Office
26895 Aliso Creek Rd # B-110
Aliso Viejo, CA 92656-5301