| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **RAINES FELDMAN LITTRELL LLP**<br>Kyra E. Andrassy, SBN 207959<br>kandrassy@raineslaw.com<br>4675 MacArthur Court, Suite 1550<br>Newport Beach, CA 92660<br>Tel.: (310) 440-4100<br>Fax: (310) 691-1943<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Pro Temecula Town Center, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>Pro Temecula Town Center, LLC,<br><br>Debtor(s). | CASE NO.: 8:26-bk-10694-SC<br><br>CHAPTER: 11<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]**<br><br>☐ **No hearing: LBR 9013-1(q)**<br>☒* **Hearing information**<br>DATE: May 6, 2026<br>TIME: 1:30 p.m.<br>COURTROOM: 5C<br>ADDRESS: 411 W. Fourth St.<br>Santa Ana, California 92701 |

1. Bar Date. The court has set a deadline of *(date)* July 13, 2026 (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

   ☐ 255 East Temple Street, Los Angeles, CA 90012
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367
   ☐ 3420 Twelfth Street, Riverside, CA 92501
   ☒ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 1415 State Street, Santa Barbara, CA 93101

2. Form. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. Exceptions to the Bar Date. Exceptions to the Bar Date include, but are not limited to, the following:

   (a) Executory contracts/unexpired leases. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. *See* 11 U.S.C. §§ 365(d)(4) and 502(g).

(b) Governmental units. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on *(date)* March 3, 2026, and therefore calculates that this deadline is *(date)* August 31, 2026 *). See* 11 U.S.C. §§ 101(27) and 502(b)(9).

(c) Avoidance. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. *See* 11 U.S.C. § 502(h).

(d) Agreed claims. If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) and it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, or is listed as disputed, contingent, unliquidated or unknown, or if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you must timely filed a Proof of Claim as set forth in this Notice.

4. 11 U.S.C. § 503(b)(9) Claims. Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: (a) *Section 2 of Proof of Claim.* **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); and (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); (b) *Section 5 of Proof of Claim*. Check the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) and 503(b)(9)**.

5. Interest Holders. If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: May 13, 2026

By: /s/ Kyra E. Andrassy
Signature of Debtor, chapter 11 trustee, or their attorney

Name: Kyra E. Andrassy
Printed name of Debtor, chapter 11 trustee, or their attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **May 13, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* **May 13, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* **May 13, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 13, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **John Bistritz** jack.bistritz@afslaw.com
- **Matthew Bouslog** mbouslog@allenmatkins.com, ncampos@allenmatkins.com
- **Dora Duru** dora.duru@bclplaw.com
- **Martin P Eramo** MPEramo@aol.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Rachael Tamiko Gonzales** rgonzales@allenmatkins.com, pmorris@allenmatkins.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **Aram Ordubegian** ordubegian.aram@arentfox.com
- **David M Poitras** dpoitras@bg.law
- **David James Root** david.root@bclplaw.com, verlisa.lewis@bclplaw.com
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Annie Y Stoops** annie.stoops@afslaw.com, yvonne.li@afslaw.com
- **Martin W Taylor** marty.taylor@bclplaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **David Wood** dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**:

Active Ride Shop
The Phoenix Project
29720 Rancho California Road, NC3A
Temecula, CA 92591

Akimi, Mojan
27540 Ynez Road, J11
Temecula, CA 92591

Anasa Hair Studio
27536 Ynez Road Suite F15
Temecula, CA 92591

Doodlebugs Art Studio
27548 Ynez Road,
F07 Temecula, CA 92591

Dragon Express
29588 Rancho CA Road, K11
Temecula, CA 92591

Edible Arrangements #1755
27548 Ynez Road, I11
Temecula, CA 92591

El Festin Candy
29720 Ynez Road ANC3B
Temecula, CA 92591

European Wax Center
North American Wax Company, LLC
29588 Rancho CA Road, K07
Temecula, CA 92591

Extended Images T&C, LLC
dba Image Studios
27548 Ynez Road, P1-3 Suite I-9
Temecula, CA 92591

Eyeglass Express
27536 Ynez Road, F11
Temecula, CA 92591

Fairway Colima CA
Seven, A California LLC
29540 Rancho CA Road, PAD4 - NAP
Temecula, CA 92591

Garfield Beach CVS, LLC
#09606L01
29610 Rancho California Rd
Temecula, CA 92591

Go Wireless, Inc. VERIZON
29560 Rancho CA Road, PAD2B
Temecula, CA 92591

Homegoods, Inc.
27560 Ynez Rd. MAJ2
Temecula, CA 92591

Juan Pollo
27548 Ynez Road, Ste I-13
Grease Trap
Temecula, CA 92591

Kumon Learning Center
27536 Ynez Road F9
Temecula, CA 92591

Little Caesar's Pizza
29700 Rancho California Rd G3
Temecula, CA 92591

Lost & Found Barbershop
27536 Ynez Road Suite f13
Temecula, CA 92591

Love Optometry, Inc.
27540 Ynez Rd STE J15
Temecula, CA 92591

Lucky Feet Shoes, Inc.
29700 Rancho California Road - G7
Temecula, CA 92591

Massage by Sunny LLC
DBA Massage By Sue
27536 Ynez Road, Suite F19
Temecula, CA 92591

MGMT Office
27548 Ynez Road
Temecula, CA 92591

Mobile Oil (Circle K)
29500 Rancho CA Road PAD3- NAP
Temecula, CA 92591

Modern Tailoring
27540 Ynez Road - J11
Temecula, CA 92591

Mosqueda , Jose S.
27548 Ynez Road F-13
Temecula, CA 92591

Musicology, LLC
29700 Rancho California Road - G09
Temecula, CA 92591

Nothing Bundt Cakes
27540 Ynez Road, J01
Temecula, CA 92591

O'Reilly Auto Enterprises, LLC
29720 Rancho CA Road - ANCH2
Temecula, CA 92591

Office Building
27548 Ynez Road
Temecula, CA 92591

Pacific Dental Services, Inc.
29560 Rancho California Road
Suite 100
Temecula, CA 92591

Pho Ha
27536 Ynez Road, Suite F21-F23
Temecula, CA 92591

PMCA Temecula, LLC
27536 Ynez Rd
Temecula, CA 92591

Rancho Donuts
27548 Ynez Road, K03
Temecula, CA 92591

Reyes, Rasmin
29720 Ynez Road ANC3B
Temecula, CA 92591

Spectrum Store
Spectrum Pacific West, LLC
27536 Ynez Road F1
Temecula, CA 92591

Starbucks #7927
29588 Rancho California Rd, K-13
Temecula, CA 92591

Target Corporation T-359
29676 Rancho California Rd MAJ1- NAP
Temecula, CA 92591

Temecula Center Dental
29700 Rancho CA Road, Suite G05
Temecula, CA 92591

Temecula Pool & Spa
29700 Ranch California Road, G11
Temecula, CA 92591

Temecula Townhomes LLC
27548 Ynez Road
Temecula, CA 92591

Terani, Amir
27548 Ynez Road, F05
Temecula, CA 92591

Tihanyi (Assignor), Linda
29700 Rancho CA Road, G11
Temecula, CA 92591

Town Center Laundromat
29700 Rancho Ca Rd
Temecula, CA 92591

uBreak iFix
27540 Ynez Road, J9
Temecula, CA 92591

Vacuum Express
27540 Ynez Road, J7
Temecula, CA 92591

Vivian Spa & Nails
27540 Ynez Road - J5
Temecula, CA 92591

VONS Store #1962
29530 Rancho California Rd. MAJ3
Temecula, CA 92591

We Boutique
27540 Ynez Road, J13
Temecula, CA 92591

Label Matrix for local noticing
0973-8
Case 8:26-bk-10694-SC
Central District of California
Santa Ana
Wed May 13 09:41:16 PDT 2026

City of Temecula
c/o Marshack Hays Wood LLP
870 Roosevelt
Irvine, CA 92620-3663

Pro Temecula Town Center, LLC
520 Newport Center Drive 480
Newport Beach, CA 92660-7034

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

29700 Rancho California Rd G3
Temecula, CA 92591
Lost & Found Barbershop
27536 Ynez Road F13
Temecula, CA 92591-4663

ABM Electrical & Lighting Solutions, Inc
P.O. Box 52609
Los Angeles, CA 90074-2609

American Jetting Services
P.O Box 1699
Ontario, CA 91762-0699

Amir Terani
27548 Ynez Road F05
Temecula, CA 92591-4690

C.S.I. Patrol Service, Inc.
3605 Long Beach Blvd #205
Long Beach, CA 90807-4024

CR&R, Inc.
PO Box 7096
Pasadena, CA 91109-7096

City of Temecula- Finance Department
Temecula, CA 92590
41000 Main Street
Temecula, CA 92590-2764

Dominion Disposal
1536 E. Pinewood Ave
Anaheim, CA 92805-1241

Doodlebugs Art Studio
27548 Ynez Road F07
Temecula, CA 92591-4690

Dragon Express
29588 Rancho CA Road k11
Temecula, CA 92591-5271

Edible Arrangements #1755
27548 Ynez Rd I11
Temecula, CA 92591-5606

El Festin Candy
29720 Ynez Road ANC3b
Temecula, CA 92591

European Wax Ctr
29588 Rancho CA Road K07
Temecula, CA 92591-5296

Extended Images T&C LLC
dba Image Studios
27548 Ynez Road I-9
Temecula, CA 92591-4613

Eyeglass Express
27536 Ynez Road f11
Temecula, CA 92591-4665

Fairway Colima
29588 Rancho CA Road PAD4 NAP
Temecula, CA 92591-5282

Garfield Beach CVS, LLC
29610 Rancho California Rd ANCH1
Temecula, CA 92591-5283

Go Wireless, Inc. VERIZON
29560 Rancho CA Road PAD2B
Temecula, CA 92591-5294

Homegoods, Inc.
Temecula, CA 92591
27560 Ynez Rd. MAJ2
Temecula, CA 92591-4620

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILDAELPHIA, PA 19101-7346

Jose S. Mosqueda
27548 Ynez Road F-13
Temecula, CA 92591-4690

Joses Nuevo Landscaping LLC
3857 Birch Street 209
Newport Beach, CA 92660-2616

Juan Pollo
27548 Ynez Road I13
Temecula, CA 92591-4613

Kumon Learning Center
27536 Ynez Road F9
Temecula, CA 92591-4663

Kuri Services LLC
14817 Janine Dr.
Whittier, CA 90605-1705

Linda Tihanyi
29700 Rancho California Rd G11
Temecula, CA 92591-5243

Little Caesar's Pizza
G3 Temecula, CA 92591
29700 Rancho California Rd G3
Temecula, CA 92591-5293

Lost & Found Barbershop
27536 Ynez Road F13
Temecula, CA 92591-4663

Love Optometry Inc
27540 Ynez Road f13
Temecula, CA 92591-5601

Lucky Feet Shoes, Inc.
29700 Rancho California Rd G7
Temecula, CA 92591-5293

Massage by Sunny LLC
DBA Massage By Sue
27536 Ynez Road F19
Temecula, CA 92591-4665

Mobile Oil (Circle K)
29500 Rancho CA Road PAD3 NAP
Temecula, CA 92591-5294

Modern Tailoring
27540 Ynez Road J11
Temecula, CA 92591-4604

Murrieta Lock & Key
40224 Buckwood Way
Murrieta, CA 92562-3815

Musicology, LLC
29700 Rancho California Rd G09
Temecula, CA 92591-5293

Nano Banc
7755 Irvine Center Drive 3rd floor
Irvine, CA 92618-2904

Newmark of Southern California, Incl.
Lockbox #741305
2706 Media Center Drive
Los Angeles, CA 90065-1733

Nothing Bundt Cakes
27540 Ynez Road J01
Temecula, CA 92591-4642

O'Reilly Auto Enterprises, LLC
29720 Rancho California Road ANCH2
Temecula, CA 92591-5292

Ontario Refrigeration Services, Inc.
635 South Mountain Avenue
Ontario, CA 91762-4114

PMCA Temecula, LLC
27536 Ynez Rd ANCH7
Temecula, CA 92591-5602

Pacific Dental Services, Inc.
29560 Rancho California Road 100
Temecula, CA 92591-5294

Pacific Rim Mechanical
9125 Rehco Road
San Diego, CA 92121-2270

Pestgon, Inc.
3612 Ocean Ranch Rd
Oceanside, CA 92056-2669

Pho Ha
27536 Ynez Road F21
Temecula, CA 92591-4662

Ramsey Backflow & Plumbing
11626 Sterling Ave Suite D
Riverside, CA 92503-4991

Rancho California Water District
PO Box 512687
Los Angeles, CA 90051-0687

Rancho Donuts
27548 Ynez Road K03
Temecula, CA 92591-4690

Rasmin Reyes
29720 Rancho California Road ANC3B
Temecula, CA 92591-5292

Sain Builders
147 Hart Bench Rd
Darby, MT 59829-9619

Smart Key Locksmith
25211 Sunnymead Blvd Ste C-4
Moreno Valley, CA 92553-4100

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

Spectrum Store
Spectrum Pacific West, LLC
27536 Ynez Road F1
Temecula, CA 92591-4663

Starbucks #7927
K-13 Temecula, CA 92591
29588 Rancho California Rd K-13
Temecula, CA 92591-5271

Target Corporation T-359
29676 Rancho California Rd MAJ1- NAP
Temecula, CA 92591-5283

Temecula Center Dental
29700 Rancho CA Road G05
Temecula, CA 92591-5293

Temecula Pool & Spa
29700 Ranch California Road G11
Temecula, CA 92591-5243

Temecula Townhomes LLC
27548 Ynez Road Land Nap
Temecula, CA 92591

Town Center Laundromat
29700 Rancho California Rd G01
Temecula, CA 92591-5293

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

VONS Store #1962
29530 Rancho California Rd. MAJ3
Temecula, CA 92591-5294

Vacuum Express
27540 Ynez Road J7
Temecula, CA 92591-4642

Vierergruppe Management Inc.
1932 East Deere Avenue Suite 150
Santa Ana, CA 92705-5716

Vivian Spa & Nails
27540 Ynez Road J5
Temecula, CA 92591-4642

Wall Law Office
26895 Aliso Creek Rd # B-110
Aliso Viejo, CA 92656-5301

We Boutique
27540 Ynez Road J13
Temecula, CA 92591-4604

uBreak iFix
27540 Ynez Road J9
Temecula, CA 92591-4642

Kyra E Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Ct Ste 1550
Newport Beach, CA 92660-2042

Stephen M. Mott
Raines Feldman Littrell LLP
1900 Avenue of the Stars 19th Fl
Los Angeles, CA 90067-4410

Vincent Paglia
c/o ArentFox Schiff LLP
555 South Flower St., 43rd Floor
Los Angeles, CA 90071-2300

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)Enterprise Rent-A-Car Company of Los Angel

(u)Interested Party

(u)Martin P. Eramo APLC
34192 Violet Lantern, Ste 6
Dana Point

(u)Nano Banc

(u)Andrew Stupin

(u)Gerald Marcil

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 73 |
| Bypassed recipients | 7 |
| Total | 80 |